AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| ICEE DEASIA BROWN,<br>*Plaintiff*<br>v.<br>RONALD J. VERBRAEKEN AND RONCAR TRANSPORTATION, INC.,<br>*Defendants* | Civil Action No.    3:22-cv-00634-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

■ the plaintiff, Icee Deasia Brown, take nothing of the defendants, Ronald J. Verbraeken and Roncar Transportation, Inc., and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding. The Court having dismissed this action without prejudice.

Date:   March 30, 2022                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                  s/Charles L. Bruorton
                                                                  _____
                                                                  *Signature of Clerk or Deputy Clerk*